# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| PNC BANK NATIONAL ASSOCIATION, | § | |
| Plaintiff, | § § § | |
| V. | § | CAUSE NO. 4:15CV210 |
| LAURA BRADLEY AND JEREMY BRADLEY, | § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
## AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand and Motion for Attorney's Fees (Dkt. 6) be GRANTED, that this case be remanded to the County Court at Law #2, Denton County, Texas for further proceedings, and that Defendant should pay Plaintiff $1,050 for the fees associated with his removal of this case.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

Therefore, Plaintiff's Motion to Remand and Motion for Attorney's Fees (Dkt. 6) is GRANTED, this case is hereby REMANDED to the County Court at Law #2, Denton County, Texas for further proceedings, and Defendant is ORDERED to pay Plaintiff $1,050 for the fees associated with his removal of this case.

**IT IS SO ORDERED.**

**SIGNED this the 15th day of July, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE